UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VIKTOR A. TUREK, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>ORANGE COUNTY SHERIFF'S DEPT., <br><br>　　　　　Defendant. | No. SACV 07-562-RGK (AGR) <br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Complaint, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

　　　　IT IS HEREBY ORDERED that Defendant's motion to dismiss the Second Amended Complaint is granted. Plaintiff is granted leave to file a Third Amended Complaint in accordance with the Report and Recommendation within thirty days of the date of this Order.

///

///

IT IS FURTHER ORDERED that Plaintiff's motion for a default judgment is denied.

DATED: October 10, 2008

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE