# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VIKTOR A. TUREK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ORANGE COUNTY SHERIFF'S DEPT.,<br><br>　　　　Defendant. | No. SACV 07-562-RGK (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Complaint, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that (1) the Report and Recommendation is adopted; (2) the Second Amended Complaint is dismissed with prejudice; and (3) Plaintiff's motion for leave to file the Third Amended Complaint is denied with prejudice as to existing claims against Defendant Orange County Sheriff's Department and without prejudice as to claims against Robert Sutton and Jeff Brown.

DATED: December 4, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE