# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VIKTOR A. TUREK, | No. SACV 07-562-RGK (AGR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ORANGE COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant(s). | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that Judgment is entered dismissing this action with prejudice.

DATED: December 4, 2009

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE